# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | NO: AU:25-CR-00284(1)-ADA |
| § | |
| (1) MARLON ISIDRO ZELAYA-PORTILLO § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 10, 2025, wherein the defendant (1) MARLON ISIDRO ZELAYA-PORTILLO waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MARLON ISIDRO ZELAYA-PORTILLO to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MARLON ISIDRO ZELAYA-PORTILLO's plea of guilty to Count One (1) is accepted.

Signed this 7th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE